UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-242-APG-NJK |
| Plaintiff, | |
| vs. | **CONSENT OF DEFENDANT** |
| FIDEL CASTORENA-MARTINEZ, | |
| Defendant. | |

Defendant, **FIDEL CASTORENA-MARTINEZ**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Investigation Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____  /s/ Kimberly Frayn
Counsel for Defendant          Assistant U.S. Attorney

DATED: this 13th day of September, 2018.

APPROVED:

_____
ANDREW P. GORDON
United States District Judge